# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MARITZA R. WILLIAMS        :        CHAPTER 7
                                    :
Debtor                              :        NO. 19-16397

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtors be granted an additional fourteen (14) ~~sixteen (16)~~ days ~~for a total of thirty (30) days from the date of filing~~ in which to file the Debtor's Schedules, Statement of Financial Affairs, Form 122A, and two months income information.

_[signature: Ellen K. Fitzsimon]_

**Date: October 28, 2019**

_____
                                        J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Debtor