**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Maritza R. Williams | Debtor | CHAPTER 7 |
| PNC Bank, National Association | Movant | NO. 19-16397 JKF |
| vs. | | |
| Maritza R. Williams | Debtor | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq. | Trustee | |

## ORDER

AND NOW, this   13th   day of   November  , 2019 , upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 27 Highland Court a/k/a Lot 14 Fairview Heights,  Mount Bethel, PA 18343("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

Jean K. FitzSimon

cc: See attached service list

Maritza R. Williams  
2700 Highland Court  
Mount Bethel, PA 18343  

Paul H. Young,, Esq.  
3554 Hulmeville Road  
Suite 102  
Bensalem, PA 19020  

Michael H. Kaliner Esq.  
350 South Main Street, Suite 105  
Doylestown, PA 18901  

KML Law Group, P.C.  
Suite 5000 - BNY Independence Center  
701 Market Street  
Philadelphia, PA 19106-1532