**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   MARITZA R. WILLIAMS | : | CHAPTER 7 |
| | : | |
| Debtor | : | NO. 19-16397 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the above debtor's Notice of Motion to Avoid Lien, docket number 29, filed by YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: January 21, 2020