# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MARITZA R. WILLIAMS         :        CHAPTER 7
                                     :
         **Debtor**                  :        NO. 19-16397

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the above debtor's Notice of Motion to Avoid Lien, docket number 31, filed by YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.

                                                         /s/Paul H. Young
                                                         Paul H. Young, Esquire
                                                         Attorney for Debtor
                                                         3554 Hulmeville Road, Ste. 102
                                                         Bensalem, PA 19020

Date: January 22, 2020