**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   MARITZA R. WILLIAMS | : | CHAPTER 7 |
| Debtor(s) | | |
| | : | BANKRUPTCY NO. 19-16397-JKF |

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 22, 2020** a copy of Debtor's Motion to Avoid Judicial Lien, Proposed Order and Notice of Motion was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Mark, Ricca, CEO
Municipal Credit Union
22 Cortlandt Street
New York, NY  11590

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com