**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **MARITZA R. WILLIAMS**    :    CHAPTER 7
                       Debtor(s)

                                       :    **BANKRUPTCY NO. 19-16397-JKF**

**CERTIFICATE OF NO RESPONSE**

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

On **January 22, 2020**, a copy of Debtor's Motion to Avoid Judicial Lien and Notice of Motion, Response Deadline and Hearing Date was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

Mark, Ricca, CEO
Municipal Credit Union
22 Cortlandt Street
New York, NY  11590

I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Avoid Judicial Lien.

                                       /s/ Paul H. Young
                                       Paul H. Young, Esquire
                                       Young, Marr & Associates, LLC
                                       3554 Hulmeville Road, Suite 102
                                       Bensalem, PA 19020
                                       P: 215-639-5297
                                       F: 215-639-1344
                                       support@ymalaw.com