**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   MARITZA R. WILLIAMS | : | CHAPTER 7 |
| | : | |
| Debtor | : | NO. 19-16397 |

**PRAECIPE TO AMEND BANKRUPTCY PETITION**

To the Clerk of Bankruptcy Court:

Kindly amend the debtor's address in the above listed petition to read:

    **6106 Rockaway Street**
    **Ballston Spa, NY 12020**

                                                 /s/ Paul H. Young
                                                 Paul H. Young, Esquire
                                                 Counsel for Debtor
                                                 YOUNG, MARR & ASSOCIATES
                                                 3554 Hulmeville Rd., Ste. 102
                                                 Bensalem, PA 19020
                                                 P: 215-639-5297
                                                 F: 215-639-1344
                                                 support@ymalaw.com