# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MARITZA R. WILLIAMS        :   CHAPTER 7
                    Debtor(s)
                                    :   BANKRUPTCY NO. 19-16397-JKF

## CERTIFICATE OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

On **April 27, 2020**, a copy of Debtor's Motion to Avoid Judicial Lien and Amended Notice of Motion, Response Deadline and Hearing Date was served electronically, certified, and or regular United States mail to all interested parties, the Trustee and all creditors listed below:

**VIA CERTIFIED MAIL**:
Mark, Ricca, CEO
Municipal Credit Union
22 Cortlandt Street
New York, NY  11590

I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Avoid Judicial Lien.

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com