#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MARITZA R. WILLIAMS           :   CHAPTER 7
               Debtor(s)

                                                :BANKRUPTCY NO. 19-16397-PMM

#### ORDER

AND NOW, upon consideration of the Debtor's motion to avoid a judicial lien held by **Municipal Credit Union** and identified as **Docket # C-48-CV-2008-01801** filed in the **Court of Common Pleas of Northampton County Pennsylvania** on Debtor's real estate located at 27 Highland Court, Mt. Bethel, PA 18343;

And the Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A),

And the Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby **ORDERED** that the motion is **GRANTED** by default and the judicial lien on debtor's real property located at 27 Highland Court, Mt. Bethel, PA 18343 held by **Municipal Credit Union** is avoided upon Discharge of this Chapter 7 case.

Dated: May 12, 2020

*Patricia M. Mayer*
Patricia M. Mayer
United States Bankruptcy Judge