United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16397-pmm
Maritza R. Williams                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 1              Date Rcvd: May 12, 2020
                             Form ID: pdf900            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db              +Maritza R. Williams,   6106 Rockaway Street,   Ballston Spa, NY 12020-5269
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr              +PNC Bank, National Association,   c/o REBECCA ANN SOLARZ,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2020 03:38:49
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2020 03:38:59    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                        TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
              PAUL H. YOUNG    on behalf of Debtor Maritza R. Williams support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **MARITZA R. WILLIAMS**          :    **CHAPTER 7**
**Debtor(s)**

:**BANKRUPTCY NO. 19-16397-PMM**

<u>ORDER</u>

AND NOW, upon consideration of the Debtor's motion to avoid a judicial lien held by

**Municipal Credit Union** and identified as **Docket # C-48-CV-2008-01801** filed in the  **Court**

**of Common Pleas of Northampton County Pennsylvania** on Debtor's real estate located at 27

Highland Court, Mt. Bethel, PA 18343;

And the Debtor having asserted that the alleged lien is subject to avoidance pursuant to

11 U.S.C. § 522(f)(1)(A),

And the Debtor having certified that adequate notice of the Motion was sent to the

lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby **ORDERED** that the motion is **GRANTED** by default and

the judicial lien  on debtor's real property located at 27 Highland Court, Mt. Bethel, PA 18343

held by **Municipal Credit Union** is avoided upon Discharge of this Chapter 7 case.

Dated:  May 12, 2020

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge